**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Rodriguez GONZALEZ, a.k.a.
Jesus Gonzalez Rodriguez,
Defendant–Appellant.**

No. 14–50167.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 21, 2015.*

Filed Jan. 27, 2015.

Jean–Claude Andre, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ivy Wang, Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Adam Axelrad, Esquire, Law Offices of Adam Axelrad, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, GOULD, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Rodriguez Gonzalez appeals from the district court's judgment and challenges his guilty-plea conviction and 27–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez Gonzalez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rodriguez Gonzalez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal; therefore, we affirm Rodriguez Gonzalez's conviction and sentence.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

2000), we remand the case to the district court with instructions that it delete from the judgment the reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to section 1326(b)(2)).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.